# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In Re:                               : Case No. 08-15401
                                     :
Michael Scott Keifling               : Chapter 7
                                     :
           Debtor                    : Judge Aug

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The amount of $3.25 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Duke Energy Shared Services, Inc. P.O. Box 960-EF367 Cincinnati, Ohio 45273-9598 | 1 | $1.47 |
| Midwest Verizon Wireless P.O. Box 3397 Bloomington, IL 61701 | 6 | $1.78 |

Total Unclaimed/Small Dividends $25.00 or Under
$3.25

Total Unclaimed Dividends Over $25.00
$_____

Dated: August 20, 2010

/s/ Henry E. Menninger, Jr.
Case Trustee
Henry E. Menninger, Jr.

# Claims Distribution Small Checks

**Trustee: HENRY E. MENNINGER, JR. TRUSTEE (550660)**

**Case:** 08-15401 - KEIFLING, MICHAEL SCOTT

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 200021849956 | 10106 | 08/18/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $3.25 |
| | | | 1 | 12/22/08 | 610 | Duke Energy Shared Services, Inc. | 159.88 | 159.88 | 1.47 | 1.47 |
| | | | 6 | 10/03/08 | 610 | Midwest Verizon Wireless | 195.01 | 195.01 | 1.78 | 1.78 |

(*) Denotes objection to Amount Filed